```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | **Case No. 13-44686 RLE** |
| **JAMES DALE ELKINS and JANICE GAYLE ELKINS**, | **Chapter 7** |
| Debtors. | **MOTION TO AVOID JUDICIAL LIEN IMPAIRING EXEMPTION** |

TO: *Discover Bank*

The real property, which is the subject of this motion, is the Debtors' principal place of residence and is located at 4440 Fawn Hill Way, Antioch, CA 94531.

1. On April 30, 2013, Discover Bank caused to be recorded an Abstract of Judgment, document 2013-0107512-00, with the Contra Costa County Recorder's Office in the sum of $11,773.88, attached hereto as Exhibit A.

2. The property is encumbered by a First Deed of Trust in favor of Provident Funding Associates, LP, as evidenced by the face page of the recorded deed of trust, a copy of which is attached as Exhibit B.

3. The First Deed of Trust was assigned to Bank of America, N.A. as recorded in Contra Costa County on or about August 29, 2013 as document 2013-0215047-00, as evidenced by the recorded assignment Deed of Trust,

Page 1 of 2

a copy of which is attached as Exhibit C and made a part hereof.

4. At the time of filing Debtors owed approximately $321,140.32 to Bank of America, N.A. the first position creditor, as evidenced by the debtors' mortgage statement issued by Bank of America, N.A. in August 2013, a copy of which is attached as Exhibit D and made a part hereof.

5. At the time of filing Debtors believe the real property had a market value of $292,209.00.

6. The lien impairs the exemption in the real property taken by the Debtors.

7. Debtors hereby move the Court for an order pursuant to 11 U.S.C. Section 522(f)(1)(A) avoiding the lien on their real property. Debtors are entitled to an order avoiding the lien on the grounds that the lien is a judicial lien which impairs an exemption to which the debtors are otherwise entitled.

WHEREFORE, debtors requests that an Order be entered avoiding the judicial lien of Discover Bank.

Dated: October 2, 2013   /s/ Anne Y. Shiau
                         ANNE Y. SHIAU
                         Attorney for Debtors